interlocutory only, and, therefore, not appealable, permission to appeal not having been obtained.

*William S. Stearns* for motion.

*Robert J. Cooper* opposed.

Motion granted and appeal dismissed, without costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. ESLER ECKERSON, Respondent, *v.* THE BOARD OF EDUCATION AND TRUSTEES OF SCHOOL DISTRICT No. 1 OF THE TOWN OF HAVERSTRAW et al., Appellants.

*People ex rel. Eckerson* v. *Bd. of Education,* 126 App. Div. 414, affirmed. (Argued September 28, 1908; decided October 13, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 13, 1908, which reversed on certiorari the proceedings of the defendant trustees in refusing to audit certain claims of the relator and directed them to reconvene and to audit such claims.

*William McCauley* for appellants.

*Ralph E. Prime* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

In the Matter of the Application of JAMES G. REYNOLDS, Appellant, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*Matter of Reynolds* v. *Bingham,* 126 App. Div. 289, affirmed. (Argued September 28, 1908; decided October 13, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1908, which reversed an order of the Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to reinstate the petitioner in the posi-

tion of captain in the police department of the city of New York.

*Frank B. York* for appellant.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK GORMAN, Appellant, *v.* J. HARVEY BELL et al., as Police Commissioners of the City of Yonkers, Respondents.

*People ex rel. Gorman* v. *Bell,* 125 App. Div. 205, affirmed.
(Argued September 28, 1908; decided October 13, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1908, which confirmed an order of the defendants dismissing the relator from the police force of the city of Yonkers.

*William A. Walsh* for appellant.

*Thomas F. Curran* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

In the Matter of the Accounting of MARTIN J. KEOGH et al., as Trustees under the Will of DAVID JONES, Deceased.

WALTER D. STARR, Individually and as Administrator of the Estate of MARY C. D. STARR et al., Appellants; JULIA D. HAVILAND et al., Respondents.

*Matter of Keogh,* 126 App. Div. 937, affirmed.
(Argued September 28, 1908; decided October 13, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered